UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>RVPLUS, INC. and CARY LEE PETERSON,<br><br>Defendants. | 16-CV-01428-WHW-CLW |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND TO EACH PARTY IN INTEREST:

PLEASE TAKE NOTICE that Adam S. Grace will be appearing in this action, pursuant to Local Civil Rule 101.1(f), on behalf of the plaintiff, the United States Securities and Exchange Commission, and hereby requests that all notices given or required to be given, and all papers filed or served or required to be served in the above-captioned matter, be provided to and served upon her as follows:

Adam S. Grace
Assistant Regional Director
U.S. Securities and Exchange Commission
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281-1022

| | |
|---|---|
| Dated: March 17, 2016 | Respectfully submitted, |
| | |
| Designated Local Counsel: | /s/ Adam S. Grace |
| Leticia B. Vandehaar | Adam S. Grace |
| Assistant United States Attorney | SECURITIES AND EXCHANGE |
| United States Attorney's Office |     COMMISSION |
| for the District of New Jersey | New York Regional Office |
| 970 Broad Street, Suite 700 | Brookfield Place |
| Newark, New Jersey 07102 | 200 Vesey Street, Suite 400 |
| | New York, New York 10281-1022 |
| | (212) 336-0083 |
| | gracea@sec.gov |

## **CERTIFICATE OF SERVICE**

I hereby certify, this 17th of March, 2016, that I served a true and correct copy of the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system.

By: __/s/ Adam S. Grace_____
Adam S. Grace
*Counsel for Plaintiff*
U.S. SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street, Room 400
New York, NY 10281-1022