**Other Orders/Judgments**
2:16-cv-01428-WHW-CLW
SECURITIES AND EXCHANGE
COMMISSION v. RVPLUS, INC.
et al

PROSE-PR

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 5/20/2016 at 11:13 AM EDT and filed on 5/20/2016
**Case Name:**       SECURITIES AND EXCHANGE COMMISSION v. RVPLUS, INC. et al
**Case Number:**     2:16-cv-01428-WHW-CLW
**Filer:**
**Document Number:** 8(No document attached)

**Docket Text:**
**TEXT ORDER: The Court will hold an initial conference (rule 16) before U.S.M.J. C. Waldor by telephone on 7/26/16 at 1:15 PM. Plaintiff shall organize and initiate the call with the pro se defendant, CARY LEE PETERSON, and any other counsel involved. Parties are to submit a Joint Discovery Plan no later than 3 days before the scheduled conference. Please contact chambers with any questions or concerns at (973) 776 7862. So Ordered by Magistrate Judge Cathy L. Waldor on 5/20/16. (tjg, )**

**2:16-cv-01428-WHW-CLW Notice has been electronically mailed to:**

ADAM SETH GRACE     gracea@sec.gov

PREETHI KRISHNAMURTHY     krishnamurthyp@sec.gov

**2:16-cv-01428-WHW-CLW Notice will not be electronically mailed to::**

ANDREW M. CALAMARI
U.S. SECURITIES AND EXHANGE COMMISSION
NEW YORK REGIONAL OFFICE
BROOKFIELD PLACE
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

CARY LEE PETERSON
23401-111
ESSEX COUNTY CORRECTIONAL FACILITY

CM/ECF LIVE - U.S. District Court for the District of New Jersey
Page 2 of 2
Case 2:16-cv-01428-WHW-CLW Document 11 Filed 06/10/16 Page 2 of 3 PageID: 52

354 Doremus Avenue
Newark, NJ 07105

