UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

RVPLUS, INC. and CARY LEE PETERSON,

        Defendants.

16-CV-01428-MCA

## [~~PROPOSED~~] ORDER REOPENING THIS ACTION

The related criminal case against Defendant Cary Lee Peterson having concluded, Plaintiff Securities and Exchange Commission's motion to reopen this case is hereby granted for good cause shown. **IT IS HEREBY ORDERED** that the Clerk reopen this action.

Plaintiff **IS FURTHER ORDERED** to file its motion for summary judgment as to Defendant Peterson and any notice of voluntary dismissal as to Defendant RVPlus, Inc. by Oct 1 - 2021.

Dated: Aug 16, 2021

_____
United States District Court Judge