UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | 16-CV-01428-MCA |
| v. | |
| RVPLUS, INC. and CARY LEE PETERSON, | |
| Defendants. | |

# NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT RVPLUS, INC.
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission (the "Commission"), through its undersigned counsel, hereby voluntarily dismisses its claims against Defendant RVPlus, Inc. ("RVPlus") with prejudice. The Commission timely served RVPlus with the Summons and Complaint (Dkt. No. 10), and RVPlus has not answered, moved for summary judgment, or otherwise appeared in this action.

Dated: Sunnyside, New York
August 19, 2021

/s/Preethi Krishnamurthy
Preethi Krishnamurthy
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
Brookfield Place
200 Vesey Street, Suite 400
New York, New York 10281
*Counsel for Plaintiff*

SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 8/20/21